United States Court of Appeals
 for the district of columbia circuit

No. 99-1397 September Term, 2001
 Filed On: May 3, 2002 [675504]
FPL Energy Maine Hydro LLC,
 Petitioner
 
 v.

Federal Energy Regulatory Commission,
 Respondent
 
American Rivers, et al.,
 Intervenors
 

 On Petition for Review of Orders of the
 Federal Energy Regulatory Commission
 
 
 
 Before: Sentelle, Rogers and Garland, Circuit Judges.

 O R D E R

 It is ordered by the Court, sua sponte, that the opinion in the above case filed this date be,
and it hereby is, amended accordingly:

 Page 3, lines 4 and 10, "16 U.S.C.  976(8)" should read "16 U.S.C.  796(8)."

 Per Curiam
FOR THE COURT:
Mark J. Langer, Clerk

BY:

Deputy Clerk